**FILED: 7/8/11**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Casimero E. Amos,<br><br>        Plaintiff,<br><br>        v.<br><br>Federal National Mortgage Association, et al.,<br><br>        Defendants. | CASE NO. CV 11-4636 GHK (FFMx)<br><br>**JUDGMENT** |

    Based on our July 8, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Casimero E. Amos against Defendants Federal National Mortgage Association, Bank of America, N.A., and BAC Home Loans Servicing, LP are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

    **IT IS SO ORDERED**.

DATED: July 8, 2011

                                                      _____
                                                              GEORGE H. KING<br>
                                                        United States District Judge